# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-07145 |
| DARNELL DAVIS | MARK HANCHEY |

**THE DEFENDANT:**
Pleaded guilty to counts One and Two of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-101(1) | No Valid Driver's License | 5/14/2006 | 1 |
| CRS 42-4-101(1) | No Valid Driver's License | 5/14/2006 | 2 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 8, 2006
Date of Imposition of Judgment

s/Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland
U.S. Magistrate Judge
Name & Title of Judicial Officer

November 9, 2006
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

Fine and costs shall be payable within ninety (90) days.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | **$10.00** | **$600.00** | |
| **TOTALS** | $10.00 | $600.00 | $0.00 |